# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| JULIO CÉSAR NAVAS,<br><br>    *Petitioner*,<br><br>vs.<br><br>JAMES BACA, *et al.*,<br><br>    *Respondents*. | 3:10-cv-00647-ECR-RAM<br><br>ORDER |

Following upon the notice (#7) of appearance by petitioner's counsel and petitioner's motion (#9) for scheduling order in this habeas matter, and taking into account counsel's representations as to the additional time needed to investigate the matter and prepare an amended petition,

IT IS ORDERED that the Federal Public Defender's Office is appointed as counsel for petitioner pursuant to 18 U.S.C. § 3006A(a)(2)(B), with Ryan Norwood, Esq., appearing as petitioner's counsel of record.

IT IS ORDERED that petitioner's motion (#9) for scheduling order is GRANTED and that petitioner shall have until **July 22, 2011**, within which to file an amended petition. The Court will screen the amended petition prior to ordering a response.

The Clerk shall send a copy of this order to the CJA Coordinator for this Division.

DATED this 14th day of March 2011.

_____
EDWARD C. REED
United States District Judge