# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| JULIO CÉSAR NAVAS, | |
| *Petitioner*, | 3:10-cv-00647-ECR-RAM |
| vs. | ORDER |
| JAMES BACA, *et al.*, | |
| *Respondents*. | |

Petitioner's motion (#11) for an enlargement of time is GRANTED, and the time for petitioner to file an amended petition is extended up to and including Tuesday, September 6, 2011.

DATED: August 8, 2011.

_____
EDWARD C. REED
United States District Judge