AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

***** DISTRICT OF   NEVADA   

JULIO CESAR NAVAS,

   Petitioner,     JUDGMENT IN A CIVIL CASE
 V.

           CASE NUMBER: 3:10-cv-0647-RCJ-WGC

JAMES BACA, et al.,

   Respondents.

___  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___  **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**XX**  **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

 **IT IS ORDERED AND ADJUDGED**

 JUDGMENT is entered in favor of respondents and against petitioner, dismissing this action without prejudice.

 A certificate of appealability is DENIED.

| | |
|---|---|
|  May 17, 2013 | **LANCE S. WILSON** |
| | Clerk |
| | |
| | /s/  Lia Griffin |
| | Deputy Clerk |