UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| JULIO CESAR NAVAS,<br><br>　　　　　　　Petitioner,<br>v.<br>JAMES BACA, et al.,<br><br>　　　　　　　Respondents. | Case No. 3:10-cv-00647-RCJ-WGC<br><br>ORDER |

On February 14, 2018, petitioner Julio Cesar Navas, who is represented by counsel, filed a *pro se* application to proceed *in forma pauperis* (ECF No. 123). First, as Navas has counsel, this is an improper, fugitive document. Second, Navas' petition has been briefed and is pending before this court for adjudication on the merits; therefore, the application is moot.

**IT IS THEREFORE ORDERED** that the *pro se* application to proceed *in forma pauperis* (ECF No. 123) is **STRICKEN**.

DATED: This 6th day of November, 2018.

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　ROBERT C. JONES
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1