UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| JULIO CESAR NAVAS, | Case No. 3:10-cv-00647-RCJ-WGC |
| Petitioner, | ORDER |
| v. | |
| JAMES BACA, et al., | No. 19-71100 |
| Respondents. | |

Nevada state prisoner Julio Cesar Navas, who is represented by counsel, has filed another pro se application to proceed in forma pauperis in his § 2254 habeas corpus matter (ECF No. 159, *see also* ECF Nos. 123, 138). First, Navas is represented by counsel, and this pro se filing is an improper fugitive document. Second, Navas' original ifp application was granted in November 2010 (ECF No. 4). Finally, in May 2019, this court denied his petition on the merits, entered judgment, and closed this case (ECF No. 155, 156). Thus, the fugitive filing is also moot.

**IT IS THEREFORE ORDERED** that the *pro se* application to proceed *in forma pauperis* (ECF No. 159) is **STRICKEN**.

DATED: 30 July 2019

_____
ROBERT C. JONES
UNITED STATES DISTRICT JUDGE

1